IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BRADLEY S. ROENFELDT,<br><br>     Defendant. | 8:20CR49<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

  Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

  DATED this 10th day of February, 2020.

                Respectfully submitted;

                JOSEPH P. KELLY
                United States Attorney
                District of Nebraska

       By: *s/ Donald J. Kleine*
          DONALD J. KLEINE, #22669
          Assistant U.S. Attorney
          1620 Dodge Street, Suite 1400
          Omaha, NE   68102-1506
          Tel:   (402) 661-3700
          Fax:   (402) 661-3084
          E-mail: donald.kleine@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: **John J. Velasquez**, AFPD.

                *s/ Donald J. Kleine*
                Assistant U.S. Attorney